Anthony D. HAWKS, Plaintiff–Appellant, and Janenere Hawks; Dana Anthony Hawks, Plaintiffs,

v.

Larry DAVID; Allen Adkins; David Phipps; Christopher Timms; Paul Abell; Josephine Brown; Along, First Name Unknown; Park, First Name Unknown; Hudson, First Name Unknown; Selman, First Name Unknown; Fitzgerald, First Name Unknown; George, First Name Unknown; Kremer, First Name Unknown; Nancy B. Shuar; James Salkin; Danial L. Sussman; Gary A. Ticknor; State of Maryland; William D. Schaefer; Martin O'Malley; City of Baltimore, Maryland; Kurt Schmoke; Stephanie Rawlings–Blake, Defendants–Appellees.

No. 10–7724.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 26, 2011.

Anthony D. Hawks, Appellant Pro Se.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

202

PER CURIAM:

Anthony D. Hawks appeals the district court's order denying his motion to reconsider the order dismissing as time-barred his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hawks v. David*, No. 1:10–cv–02250–PJM (D.Md. Nov. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*